People v Gumpton (2023 NY Slip Op 02434)

People v Gumpton

2023 NY Slip Op 02434

Decided on May 5, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 5, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: PERADOTTO, J.P., LINDLEY, CURRAN, AND BANNISTER, JJ.

358.1 KA 19-00934

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
PRISCILLA GUMPTON, DEFENDANT-APPELLANT. 

DAVID R. MORABITO, EAST ROCHESTER, FOR DEFENDANT-APPELLANT.
JOSEPH V. CARDONE, DISTRICT ATTORNEY, ALBION, FOR RESPONDENT. 

 Appeal from a judgment of the Orleans County Court (Charles N. Zambito, A.J.), rendered December 13, 2018. The appeal was held by this Court by order entered November 19, 2021, decision was reserved and the matter was remitted to Orleans County Court for further proceedings (199 AD3d 1485 [4th Dept 2021]). 
Now, upon reading and filing the stipulation of discontinuance signed by defendant on June 9, 2022, and by the attorneys for the parties on June 9, 2022,
It is hereby ORDERED that said appeal is unanimously dismissed upon stipulation.
Entered: May 5, 2023
Ann Dillon Flynn
Clerk of the Court